UNITED STATES, Appellee

v

CLARENCE ROGERS, Specialist Four, U. S. Army, Appellant

22 USCMA 297, 46 CMR 297

No. 26,327

May 25, 1973

Colonel Arnold I. Melnick, Captain David D. Knoll, and Captain Mark L. Tuft were on the pleadings for Appellant, Accused.

Lieutenant Colonel Ronald M. Holdaway, Captain Thomas B. McCullough, Jr., Captain Stan L. Spangler, and Captain Richard L. Menson were on the pleadings for Appellee, United States.

## Opinion of the Court

PER CURIAM:

The circumstances of the search of the accused in this case are substantially similar to those in United States v Poundstone, 22 USCMA 277, 46 CMR 277 (1973). For the reasons set out in our separate opinions in *Poundstone*, we sustain the trial judge's ruling admitting in evidence the results of the search, and affirm the decision of the Court of Military Review.

DUNCAN, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Poundstone, 22 USCMA 277, 46 CMR 277 (1973).